John Burton
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Burton
Paula Burton

Case No.
05-CV-2121(RMU)

Plaintiff(s),

v.

United States

Defendant.

**EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION
NOTWITHSTANDING ANTI-INJUNCTION ACT**

Plaintiff(s) is/are entitled to injunctive relief beyond reach of 26 U.S.C. §7421, pursuant to LAING v. UNITED STATES, 423 U.S. 161 (1976); ENOCHS v. WILLIAMS PACKING CO., 370 U.S. 1 (1962).

As stated in Enochs, 370 U.S. 1, 8:

> "[I]n general, the Act prohibits suits for injunctions barring the collection of federal taxes *when the collecting officers have made the assessment* and claim that it is valid. Snyder v. Marks, 109 U.S. 189, 194 ." (emphasis added)

As alleged herein (see plaintiffs' complaint ¶ 7), defendants failed make an assessment of income tax(s) against plaintiff(s). This failure renders IRC §7421 inapplicable, as explained in Enochs, 370 U.S. 1, 7:

> The manifest purpose of 7421 (a) is to permit the United States to assess and collect taxes alleged to be due without judicial intervention, and to require that the legal right to the disputed sums be determined in a suit for refund. In this manner the United States is assured of prompt collection of its lawful revenue. [6] *Nevertheless, if it is clear that under no circumstances could the Government ultimately prevail, the central purpose of the Act is inapplicable and, under the Nut Margarine case, the attempted collection may be enjoined if equity jurisdiction otherwise exists. In such a situation the exaction is merely in "the guise of a tax." Id., at 509.* (emphasis added)

Section 7421 a's inapplicability in the instant case is also supported by LAING, 423 U.S. 161, 162:

> "[B]ecause [IRS] failed to comply with these requirements, the taxpayers' suits were not barred by the Anti-Injunction Act. Pp. 169-185."

Absent production of a properly executed and recorded Form 23C, the United States has no possibility of rebutting the claims of plaintiff(s) and Plaintiff(s) has/have already suffered extreme hardship.

Defendants have served plaintiffs with a seizure of plaintiffs' property and notice of Public Auction Sale dated December 7, 2005. As alleged in plaintiffs' complaint IRS officers have engaged in unlawful collection activities.

WHEREFORE, Plaintiff(s) respectfully apply for a Preliminary Injunction, barring defendants from further action pending resolution of the instant case.

Dated: 11-29, 2005

John Burton

CERTIFICATE OF SERVICE

I certify that I have served a copy on the following:

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

Dated: 11-29, 2005

*/s/ John Burton*
John Burton