IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BURTON | ) | |
| PAULA BURTON | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2121 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |

UNITED STATES' MOTION TO DISMISS

Under Fed. R. Civ. P. 12(b)(1), (3), (5) and (6), the United States respectfully requests that the Court dismiss this action. As grounds for this motion, the United States asserts that plaintiffs have failed to properly serve the United States, this Court lacks subject-matter jurisdiction, venue in this Court is improper, the Anti-Injunction Act bars the injunctive relief plaintiffs seek, and plaintiffs have failed to state a claim upon which relief can be granted.

Specifically, plaintiff John Burton, himself, served the United States, thereby failing to properly serve the United States. Also, plaintiffs failed to allege that they have paid the federal taxes due and filed a claim for refund. Both are required before the United States' sovereign immunity is waived. 26 U.S.C. § 7422; Flora v. United States, 362 U.S. 145, 177 (1960). Since plaintiffs have not so alleged, this Court lacks subject-

matter jurisdiction. Moreover, plaintiffs are residents of Oregon (Compl. ¶ 1) and request the refund of a federal tax they allege to have been illegally or erroneously collected. (Compl. ¶ 32.) Under 28 U.S.C. § 1402(a), venue is proper only in the judicial district in which the plaintiff resides. Inasmuch as plaintiffs are residents of Oregon, venue in this Court is lacking. In addition, plaintiffs seek to enjoin the Internal Revenue Service from engaging in any further collection activity. (Compl. ¶ 33.) Under 26 U.S.C. § 7421(a), no suit may be maintained restraining the assessment and collection taxes. Thus, this Court may not grant injunctive relief. Finally, plaintiffs have not alleged sufficient facts to demonstrate that they are entitled to relief; thus, they have failed to state a claim upon which relief can be granted.

A supporting memorandum of law and proposed order are filed with this motion.[1]

DATED:      January 30, 2006.

>Respectfully submitted,
>
>/s/ Pat S. Genis
>PAT S. GENIS #446244
>Trial Attorney, Tax Division
>United States Department of Justice
>Post Office Box 227
>Washington, DC 20044
>Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney
555 4th Street, NW
Washington, DC 20001
Telephone: (202) 514-7566

---

[1] Also attached is a Notice of Related Cases, listing cases which, save for the identity of the plaintiffs, are identical, or nearly identical, to plaintiffs' complaint.

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the United States' Motion to Dismiss and Notice of Related Cases was made on January 30, 2006, by mailing, postage prepaid, addressed to:

    John Burton
    Paula Burton
    220 Green Leaf Drive
    Eagle Point, OR 97524

                                      /s/ Pat S. Genis
                                      PAT S. GENIS   #446244