IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURTON )<br>PAULA BURTON )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil No. 05-2121 (RMU) |

### NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:   January 30, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS #446244
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

| CMN | Caption/Name | St | Dist | DJ # | Rec'd Date | Close Date | Attorney | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006101528 | Armbruster, Edward J., III | A | DCD | 5-16-3960 | 01/10/2006 | | CTE | DC | 1:05CV02375 |
| 2006101529 | Bean, Jeffrey | A | DCD | 5-16-3961 | 01/10/2006 | | CTE | DC | 1:05CV02145 |
| 2006101530 | Bennett, Hamlet C. | A | DCD | 5-16-3962 | 01/10/2006 | | CTE | DC | 1:05CV02297 |
| 2006100089 | Brandt, Matthew | A | DCD | 5-16-3935 | 10/07/2005 | | CTE | DC | 1:05-CV-01613-E Scurry-Genis, Lessie M |
| 2006100917 | Broward, Paul | A | DCD | 5-16-3950 | 11/29/2005 | | CTE | DC | 1:05-CV-01774 H Vozne, Jennifer L. |
| 2006100865 | Burton, John | A | DCD | 5-16-3948 | 11/25/2005 | | CTE | DC | 1:05-CV-02121 R Scurry-Genis, Lessie M |
| 2005106421 | Cooper, Carol | A | DCD | 5-16-3932 | 09/21/2005 | | CTE | DC | 1:05CV01192    Scurry-Genis, Lessie M |
| 2006101767 | Davenport, Stacy N. | A | DCD | 5-16-3983 | 01/19/2006 | | CTE | DC | 1:05CV02488 |
| 2006101531 | Davis, Carl Roger | A | DCD | 5-16-3963 | 01/10/2006 | | CTE | DC | 1:05CV02474 |
| 2006101024 | Donnally, Richard M. | A | DCD | 5-16-3954 | 12/06/2005 | | CTE | DC | 1:05CV02049    Scurry-Genis, Lessie M |
| 2005104138 | Erwin, Ricky A. | A | DCD | 5-16-3911 | 04/27/2005 | | CTE | DC | 1:05CV00415    Scurry-Genis, Lessie M |
| 2006101533 | Gaines, Joseph A. | A | DCD | 5-16-3964 | 01/10/2006 | | CTE | DC | 1:05CV02326 |
| 2006100707 | Garvin, Lee F. | A | DCD | 5-16-3943 | 11/17/2005 | | CTE | DC | 1:05CV01775 RE Vozne, Jennifer L. |
| 2006100706 | Gross, Brent | A | DCD | 5-16-3942 | 11/17/2005 | | CTE | DC | 1:05-CV 01818 (. Vozne, Jennifer L. |
| 2005104856 | Harris, Donald | A | DCD | 5-16-3919 | 06/15/2005 | | CTE | DC | 1:05CV0956    Scurry-Genis, Lessie M |
| 2006101534 | Haydel, Kevin | A | DCD | 5-16-3965 | 01/10/2006 | | CTE | DC | 1:05CV02405 |
| 2006101535 | Heath, Kenneth G. | A | DCD | 5-16-3966 | 01/10/2006 | | CTE | DC | 1:05CV02331 |
| 2006100976 | Henry, William, Jr. | A | DCD | 5-16-3951 | 12/02/2005 | | CTE | DC | 1:05-CV-02084 (I Scurry-Genis, Lessie M |
| 2006100204 | Holt, Ronald L. | R | DCD | 5-16-3939 | 10/14/2005 | | CTE | DC | 1:05CV01692    Vozne, Jennifer L. |
| 2006100191 | Holyoak, Grant | A | DCD | 5-16-3938 | 10/13/2005 | | CTE | DC | 1:05 CV 01829   Scurry-Genis, Lessie M |
| 2005106017 | Koerner, LaVern | A | DCD | 5-16-3927 | 08/25/2005 | | CTE | DC | 1:05CV01600    Scurry-Genis, Lessie M |
| 2006100861 | Kramer, William M. | A | DCD | 5-16-3946 | 11/25/2005 | | CTE | DC | 1:05-CV-01659-F Vozne, Jennifer L. |
| 2005106527 | Lindsey, Stephen J. | A | DCD | 5-16-3933 | 09/28/2005 | | CTE | DC | 1:05-CV-01761-F Vozne, Jennifer L. |
| 2006100708 | Lohmann, Wallace | A | DCD | 5-16-3944 | 11/17/2005 | | CTE | DC | 05-1976 HHK    Scurry-Genis, Lessie M |
| 2006100977 | Luscher, Rudolph | A | DCD | 5-16-3952 | 12/02/2005 | | CTE | DC | 1:05-CV-1987 (R Vozne, Jennifer L. |
| 2006101536 | Martens, Gregory | A | DCD | 5-16-3967 | 01/10/2006 | | CTE | DC | 1:05CV 01805 RI |
| 2006101768 | Martin, Maurita | A | DCD | 5-16-3984 | 01/19/2006 | | CTE | DC | 1:05CV02506 |
| 2006101537 | Masterson, William R. | A | DCD | 5-16-3968 | 01/10/2006 | | CTE | DC | 1:05CV-01807 JL |
| 2006101540 | Metsker, Richard | A | DCD | 5-16-3969 | 01/10/2006 | | CTE | DC | 1:05CV-02457 |
| 2006101729 | Nye, Verda | A | DCD | 5-16-3982 | 01/18/2006 | | CTE | DC | 1:05CV-02486 |
| 2006101541 | O'Connor, James | A | DCD | 5-16-3970 | 01/10/2006 | | CTE | DC | 1:05CV02075 |
| 2006101542 | Otto, Laurence | A | DCD | 5-16-3971 | 01/10/2006 | | CTE | DC | 1:05CV02319 |
| 2006100862 | Petersheim, Amelia | A | DCD | 5-16-3947 | 11/25/2005 | | CTE | DC | 1:05-CV-01815-F Scurry-Genis, Lessie M |
| 2006101543 | Pragovich, George | A | DCD | 5-16-3972 | 01/10/2006 | | CTE | DC | 1:05CV02222 |
| 2005106021 | Radcliffe, Charles | A | DCD | 5-16-3928 | 08/25/2005 | | CTE | DC | 1:05CV01624    Scurry-Genis, Lessie M |
| 2006101545 | Romashko, Ronald N. | A | DCD | 5-16-3973 | 01/10/2006 | | CTE | DC | 1:05CV02209 |
| 2006101546 | Rose, Dennis | A | DCD | 5-16-3974 | 01/10/2006 | | CTE | DC | 1:05CV01896 |
| 2005106272 | Schafrath, Lawrence | A | DCD | 5-16-3929 | 09/12/2005 | | CTE | DC | 1:05-CV-01656 G Scurry-Genis, Lessie M |
| 2006100978 | Scott, Robert | A | DCD | 5-16-3953 | 12/02/2005 | | CTE | DC | 1:05-CV-02043 E Vozne, Jennifer L. |
| 2006100703 | Shoemaker, Sandra | A | DCD | 5-16-3941 | 11/17/2005 | | CTE | DC | 1:05CV01736    Vozne, Jennifer L. |
| 2006101548 | Smith, Daniel T. | A | DCD | 5-16-3975 | 01/10/2006 | | CTE | DC | 1:05CV02069 |
| 2006101549 | Stinecipher, David | A | DCD | 5-16-3976 | 01/10/2006 | | CTE | DC | 1:05CV02434 |
| 2006100709 | Travis, Bruce R. | A | DCD | 5-16-3945 | 11/17/2005 | | CTE | DC | 1:05-CV-01867-F Scurry-Genis, Lessie M |
| 2005106343 | Turner, Daniel E. | A | DCD | 5-16-3930 | 09/15/2005 | | CTE | DC | 1:05CV01716    Zarin, Jason S. |
| 2006101550 | Whitfield, Gregg | A | DCD | 5-16-3977 | 01/10/2006 | | CTE | DC | 1:05CV01961 |

Total Records: 45        Unique CMN Count: 45        Unique DJ # Count: 45