IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURTON<br>PAULA BURTON<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 05-2121 (RMU)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under 28 U.S.C. § 1746, declare as follows:

1.  I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2.  As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3.  Attached here are true and correct copies of the following Internal Revenue Service transcripts relating to John Burton and Paula Burton as of December 31, 2005, which have been marked as exhibits 1 through 4 follows:

    1.  Certified Transcript for John Burton for 1998.

    2.  Certified Transcript for John Burton for 1999.

    3.  Certified Transcript for Paula Burton for 1998.

    4.  Certified Transcript for Paula Burton for 1999.

1523943.1

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 30, 2006.

/s/ Pat Genis
PAT S. GENIS #446244



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: November 22, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for John Burton, SSN: ▮▮▮▮ and Spouse SSN: ▮▮▮▮8530, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1998, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

JOHN BURTON                                EIN/SSN:   [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                   129,770.00

            TAXABLE INCOME
                   125,140.00

            SELF EMPLOYMENT TAX
                    12,119.00

05-12-2000  SUBSTITUTE FOR RETURN                          0.00           06-05-2000
            29210-134-25314-0

01-16-2003  RECEIVED POA/TIA

05-28-2003  UPDATED POA/TIA

05-03-2004  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 09-22-2006

            ESTIMATED TAX PENALTY         2,241.36                        06-21-2004
            200423

            LATE FILING PENALTY          12,245.75                        06-21-2004
            200423

            ADDITIONAL TAX ASSESSED      48,983.00                        06-21-2004
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            29247-554-00200-4  200423

06-21-2004  RENUMBERED RETURN
            29247-554-00200-4

            INTEREST ASSESSED            25,703.94                        06-21-2004
            200423

10-18-2004  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                 PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

JOHN BURTON                              EIN/SSN:   ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

09-25-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

10-18-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

12-17-2004   FEDERAL TAX LIEN

01-10-2005   FEES AND COLLECTION COSTS                      10.00

04-05-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

04-15-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-27-2005   FEDERAL TAX LIEN

06-27-2005   FEES AND COLLECTION COSTS                      20.00

12-13-1999   Taxpayer Deliquency Notice

01-31-2000   Taxpayer Deliquency Notice

06-21-2004   Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                       PAGE    2
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
JOHN BURTON                                    EIN/SSN:   ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
07-26-2004 Notice of Balance Due

08-30-2004 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                          PAGE    3
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
JOHN BURTON                                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998
---------------------------------------------------------------------------

BALANCE         89,204.05

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/22/2005
FORM 4340   (REV. 01-2002)                        PAGE     4
```



## United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: November 22, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for John Burton, SSN: ▇▇▇▇▇ and Spouse SSN: ▇▇▇▇ 8530, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of three pages ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                          Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

JOHN BURTON                                        EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 140,637.00 | | | |
| | TAXABLE INCOME 136,322.00 | | | |
| | SELF EMPLOYMENT TAX 12,942.00 | | | |
| 03-18-2001 | SUBSTITUTE FOR RETURN 29210-083-25232-1 | | 0.00 | 04-23-2001 |
| 01-16-2003 | RECEIVED POA/TIA | | | |
| 05-28-2003 | UPDATED POA/TIA | | | |
| 05-03-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-22-2006 | | | |
| | ESTIMATED TAX PENALTY 200423 | 2,598.62 | | 06-21-2004 |
| | LATE FILING PENALTY 200423 | 13,423.75 | | 06-21-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-554-00201-4   200423 | 53,695.00 | | 06-21-2004 |
| 06-21-2004 | RENUMBERED RETURN 29247-554-00201-4 | | | |
| | INTEREST ASSESSED 200423 | 20,800.94 | | 06-21-2004 |
| 10-18-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN BURTON                                EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999


                                           ASSESSMENT,        PAYMENT,        ASSESSMENT
DATE         EXPLANATION OF TRANSACTION    OTHER DEBITS       CREDIT          DATE (23C,
                                           (REVERSAL)         (REVERSAL)      RAC 006 )
--------------------------------------------------------------------------------

09-25-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

10-18-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

12-17-2004   FEDERAL TAX LIEN

04-05-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

04-15-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-27-2005   FEDERAL TAX LIEN

06-21-2004   Statutory Notice of Balance Due

07-26-2004   Notice of Balance Due

08-30-2004   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                                 PAGE     2
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
JOHN BURTON                                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------

BALANCE         90,518.31

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/22/2005

FORM 4340   (REV. 01-2002)                         PAGE     3
```

## United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: November 22, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Paula Burton, SSN: ███ 8530, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1998, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

PAULA BURTON                              EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1998
                                          ASSESSMENT,        PAYMENT,        ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS       CREDIT          DATE (23C,
                                          (REVERSAL)         (REVERSAL)      RAC 006 )
------------------------------------------------------------------------------

              ADJUSTED GROSS INCOME
                     129,770.00

              TAXABLE INCOME
                     125,140.00

              SELF EMPLOYMENT TAX
                      12,119.00

04-14-2003    SUBSTITUTE FOR RETURN                           0.00           05-26-2003
              29210-109-26723-3

05-03-2004    ASSESSMENT STATUTE EXPIR
              DATE EXTEND TO 09-22-2006

              ESTIMATED TAX PENALTY                           2,241.36       06-21-2004
              200423

              LATE FILING PENALTY                             12,245.75      06-21-2004
              200423

              ADDITIONAL TAX ASSESSED                         48,983.00      06-21-2004
              BY EXAMINATION
              AUDIT DEFICIENCY PER
              DEFAULT OF 90 DAY LETTER
              29247-554-00202-4   200423

06-21-2004    RENUMBERED RETURN
              29247-554-00202-4

              INTEREST ASSESSED                               25,703.94      06-21-2004
              200423

10-18-2004    MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

09-25-2004    REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                       PAGE     1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
PAULA BURTON                              EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1998

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                     (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

10-18-2004 MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

11-23-2004 INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              LEVY NOTICE ISSUED

11-26-2004 FEDERAL TAX LIEN

12-20-2004 FEES AND COLLECTION COSTS                  10.00

12-14-2004 INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              RETURN RECEIPT SIGNED

05-27-2005 FEDERAL TAX LIEN

06-27-2005 FEES AND COLLECTION COSTS                  20.00

06-21-2004 Statutory Notice of Balance Due

07-26-2004 Notice of Balance Due

08-30-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE     2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
PAULA BURTON                                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998
------------------------------------------------------------------------------


BALANCE          89,204.05

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake

PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 11/22/2005

FORM 4340  (REV. 01-2002)                       PAGE      3
```

United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: November 22, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Paula Burton, SSN: ▓▓▓▓ 8530, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

PAULA BURTON                                              EIN/SSN: ███

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 140,637.00 | | | |
| | TAXABLE INCOME 136,322.00 | | | |
| | SELF EMPLOYMENT TAX 12,942.00 | | | |
| 04-14-2003 | SUBSTITUTE FOR RETURN 29210-109-26724-3 | 0.00 | | 05-26-2003 |
| 05-03-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 09-22-2006 | | | |
| | ESTIMATED TAX PENALTY 200423 | 2,598.62 | | 06-21-2004 |
| | LATE FILING PENALTY 200423 | 13,423.75 | | 06-21-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-554-00203-4   200423 | 53,695.00 | | 06-21-2004 |
| 06-21-2004 | RENUMBERED RETURN 29247-554-00203-4 | | | |
| | INTEREST ASSESSED 200423 | 20,800.94 | | 06-21-2004 |
| 10-18-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-25-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                          PAGE    1

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
PAULA BURTON                                  EIN/SSN:  ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

10-18-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-23-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

11-26-2004  FEDERAL TAX LIEN

12-14-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-27-2005  FEDERAL TAX LIEN

06-21-2004  Statutory Notice of Balance Due

07-26-2004  Notice of Balance Due

08-30-2004  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE      2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
         ------------------------------------------------------------------
PAULA BURTON                                    EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
------------------------------------------------------------------------


BALANCE          90,518.31

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME: _____Linda L. Drake_____

TITLE: ____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: ____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 11/22/2005

FORM 4340   (REV. 01-2002)                    PAGE     3
```

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the DECLARATION OF PAT S. GENIS and EXHIBITS 1-4 were served on January 30, 2006, by mailing, postage prepaid, addressed to:

John Burton
Paula Burton
220 Green Leaf Drive
Eagle Point, OR 97524

/s/ Pat S. Genis
PAT S. GENIS   #446244

1523943.1