John Burton
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Burton
Paula Burton

Plaintiff(s),

v.

United States

Defendant.

Case No. 05-CV-2121(RMU)

MOTION TO STRIKE ALL OF
DEFENDANTS' PLEADINGS FILED
IN THIS MATTER

Plaintiffs' move the Court to strike all of defendants' pleadings filed in this matter and grant default in favor of plaintiffs.

The record shows that plaintiffs filed the instant matter on October 31, 2005;

The record shows that summons were issued on November 15, 2005;

The record shows that summons and complaint were served on U.S. Attorney November 28, 2005;

The record shows that defendants' answer was due on January 27, 2006;

The record shows that defendants' answer was filed on January 30, 2006;

The record shows that all of defendants' pleadings including defendants' answer and certificate of service were signed January, 30, 2006;

The record is clear that defendant was out of time when it filed and served all of its

pleadings including its answer upon plaintiffs.

Wherefore plaintiff requests that the court strike all of defendants' pleadings as untimely and grant default in favor of plaintiffs.

Dated: February 13th, 2006

_____ John Burton

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on defendants' attorney of record at his/her address of record.

Dated: February 13th, 2006

_____ John Burton