IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BURTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2121 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' OPPOSITION TO MOTION TO STRIKE

Plaintiff alleges that the United States' motion to dismiss his complaint should be stricken because it was filed on January 30, 2006 and not on January 28, 2006. It appears that the United States miscalculated its time for response; accordingly, we request that the Court issue an order allowing the pleadings to be filed out of time.

Plaintiff's complaint is one of 58 nearly identical complaints filed in this Court. In addition, substantially identical motions to amend, motions for sanctions and bar referrals have been filed in several of the related cases, indicating an orchestrated and

coordinated effort on behalf of these "*pro se*" plaintiffs.  We believe that this deluge was responsible for the United States' miscalculation of dates in this matter.

Finally, plaintiff has not yet properly served the United States.  Plaintiff's return of service, filed December 14, 2005, clearly states that service of process was attempted by John Burton, the plaintiff himself.  Plaintiffs cannot effect service of the summons and complaint.  Fed.R.Civ.P.4(c)(2).

Date: February 27, 2006.

                                           Respectfully submitted,

                                           /s/ Pat S. Genis
                                           PAT S. GENIS, #446244
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           Post Office Box 227
                                           Washington, D.C.  20044
                                           Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO MOTION TO STRIKE and proposed ORDER were served upon the following person on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>John Burton
>220 Green Leaf Drive
>Eagle Point, OR 97524

>       /s/ Pat S. Genis       
>PAT S. GENIS, #446244