IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BURTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2121 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered plaintiff's motion to strike the United States' pleadings filed on January 30, 2006, the United States' objection thereto, and the entire record in this case, it is by the COURT

ORDERED that the January 30, 2006 pleadings are deemed filed, with the Court's permission;

ORDERED that plaintiff's motion to strike is DENIED; and, it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

John Burton
220 Green Leaf Drive
Eagle Point, OR 97524

Case 1:05-cv-02121-RMU    Document 8-2    Filed 02/27/2006    Page 2 of 2