John Burton
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524
541-826-1028

**RECEIVED**

APR 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## IN THE DISTRICT OF COLUMBIA

John Burton,
Paula Burton

Case No. 1:05-cv-2121(RMU)

Plaintiff(s),

v.

United States
         Defendant.

### NOTICE TO ALL PARTIES

Plaintiff notices all parties that defense counsel has failed to properly serve plaintiff all pleadings in this matter.

Defense counsel served pleading on plaintiff including a certificate of service alleging that all pleadings have been served upon plaintiff. (See Attachment 1)

Plaintiff made a check on PACER of the pleadings on file with the court. Plaintiff has found the following pleadings on file that have not been served on plaintiff:

Document 5-2 Memorandum of Points and Authorities in Support of United States' Motion to Dismiss;

Document 5-3 Notice of related Cases;

Document 8-2 Order.

Plaintiff requests the Court order defense counsel be ordered to serve the above

John Burton v. United States.   page 1 of 2 pages   request for leave to amend

pleadings on plaintiff and include a certificate affirming the date served.

Dated: _____4-12_____, 2006

_____
John Burton

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated _____4-12_____, 2006

_____
John Burton

John Burton v. United States.        page 2 of 2 pages        request for leave to amend

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BURTON | ) | |
| PAULA BURTON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2121 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM and proposed ORDER were served upon the following person on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> John Burton
> Paula Burton
> 220 Green Leaf Drive
> Eagle Point, OR 97524

/s/ Pat S. Genis
PAT S. GENIS, #446244

1523745.1

ATTACHMENT 1