RECEIVED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

John Burton,
Paula Burton

Plaintiff(s),

v.

United States

Defendant.

Case No. 1:05-cv-2121(RMU)

ADDENDUM TO COMPLAINT

Nº 1

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider [1].

Dated _4 - 30_ , 2006

_John Burton_
John Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

_Paula Burton_
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _4 - 30_ , 2006

_John Burton_
John Burton

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

John Burton v. United States.            page 2 of 2 pages            Addendum to Complaint

**THE FOLLOWING ___2___ PAGES ARE ATTACHED TO THE ADDENDUM TO COMPLAINT NUMBER ___/___**



**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT 84404-0040

**Department of the Treasury**

Taxpayer Identification Number:
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

Person to Contact: Dennis Parizek

Date: April 17, 2006

Employee Identification Number: 29-61699

JOHN BURTON
220 GREEN LEAF DR
EAGLE POINT, OR 97524-9717207

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

This is in reply to your recent correspondence dated 4/21/2005.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code

      Section 6001  Notice or regulations requiring records, statements, and special returns

      Section 6011  General requirement of return, statement, or list

      Section 6012  Persons required to make returns of income

      Section 6109  Identifying numbers

      Section 6151  Time and place for paying tax shown on returns

      Section 6301  Collection Authority

      Section 6321  Lien for taxes

      Section 6331  Levy and distraint

      Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
    (1)  any individual files what purports to be a return of the tax imposed by subtitle A but which -
      (A)  does not contain information on which the substantial correctness of the self- assessment may be judged, or
      (B)  contains information that on its face indicates that the self- assessment is substantially incorrect; and
    (2)  the conduct referred to in paragraph (1) is due to -
      (A)  a position which is frivolous, or
      (B)  a desire (which appears on the purported return) to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone Number (_____)_____     Hours_____

Sincerely yours,

Operations Manager,
Exam SC Support

**Letter 3175C (Rev. 3-1-2004)**

RECEIVED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

John Burton,
Paula Burton

                    Case No. 1:05-cv-2121(RMU)

          Plaintiff(s),      ADDENDUM TO COMPLAINT *N⁰ 2*

v.

United States
               Defendant.

       This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

       Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

       Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is

unwilling to reconsider [1].

Dated _4-30_, 2006

_John Burton_ (signature)
John Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

_Paula Burton_ (signature)
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _4-30_, 2006

_John Burton_ (signature)
John Burton

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

John Burton v. United States.                     page 2 of 2 pages                     Addendum to Complaint

THE FOLLOWING ____9____ PAGES ARE ATTACHED TO THE
ADDENDUM TO COMPLAINT NUMBER ____2____

PLEASE NOTE:
IRS HAS NEVER RESPONDED TO ANY OF THIS
AND IS UNWILLING TO RECONSIDER.

# DIRECT CHALLENGE TO PERSONAL AUTHORITY

From:
John Burton
Paula Burton
220 Greenleaf Drive
Eagle Point, Oregon 97524

To:
Hester Pulling
Department of the Treasury
Internal Revenue Service
550 W. Fort St. – Mail Stop 3200 BOI
Boise, ID 83724          Certified Mail # 7003-2260-0001-9482-8534

Hester Pulling and Ron W. Robinson
Department of the Treasury
Internal Revenue Service
300 Country Club Rd – Suite 260
Eugene, OR 97401-2299          Certified Mail # 7003-2260-0001-9482-8541

# NOTICE TO PRINCIPAL IS NOTICE TO AGENT
# NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Dear Ms. Pulling and Mr. Robinson,

We, John Burton and Paula Burton, hereinafter Declarant, state that the facts contained herein are true and correct to the best of Declarant's firsthand knowledge and belief under penalty of perjury pursuant to the laws of united States of America.

Declarant has received your letter dated October 5, 2005; a copy is attached hereto and incorporated herein by reference as EXHIBIT A.

After considerable review of the Internal Revenue Code, Treasury regulations and published Internal Revenue Service policy, including the Internal Revenue Manual, it appears that the various prior and/or proposed examinations of Declarant's financial records exceeds venue and subject matter jurisdiction of the Internal Revenue Service (IRS) and that Hester Pulling and Ron W. Robinson may be operating under color of authority of the Government of the United States. Declarant will address the bulk of the issues giving rise to concern for Hester Pulling and Ron W. Robinson's authority in a decision request to be submitted to Stuart Brown, the Chief Counsel for the Internal Revenue Service, and a more comprehensive protest and rebuttal letter to Hester Pulling and Ron W. Robinson. However, two examples are useful here.

If Hester Pulling and Ron W. Robinson will consult § [5.1] 11.9 of the Internal Revenue Manual, which is currently posted on the Internal Revenue Service (IRS) web page, Hester Pulling and Ron W. Robinson will find that IRS personnel do not have delegated authority to execute Form 1040, 1041 & 1120 substitute returns under provisions of 26 U.S.C. § 6020(b). It follows that if IRS personnel do not have delegated authority to unilaterally execute these returns, Form 1040, 1041 and 1120 returns are not mandatory.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

Next, consider the Pocket Commission Handbook, located in Chapter 3 of Internal Revenue Manual § 1.16.4. Exhibit [1.16.4] 3-1, Authorized Pocket Commission Holders, lists IRS personnel who are authorized to have pocket commissions. By cross-referencing to the delegation of authority to issue summonses, it appears that all IRS personnel authorized to issue summonses are under the Assistant Commissioner (International). If that is the case, Hester Pulling and Ron W. Robinson's various prior and/or proposed examinations would be void and would constitute a sham proceeding. To the best of Declarant's knowledge, Declarant has never received income from sources and activities subject to jurisdiction of the Assistant Commissioner (International).

Further, if Hester Pulling and Ron W. Robinson will consult Part 14 of the Internal Revenue Manual, "International", at § 114.1, "Compliance and Customer Service Managers Handbook", Hester Pulling and Ron W. Robinson will find that examination, collection, criminal investigation and customer service functions of the Internal Revenue Service are all categorized under the Assistant Commissioner (International). There is no corresponding categorization that might qualify as "domestic" operations.

Given this evidence, all of which is published in the public record, Declarant concludes that it would be prudent to further investigate the extent of Hester Pulling and Ron W. Robinson's authority, sources and activities it applies to, and what if anything Hester Pulling and Ron W. Robinson are empowered to investigate in the examination process. The investigation necessarily begins with Hester Pulling and Ron W. Robinson's personal standing and authority.

Per *Ryder* v. *United States,* 115 S.Ct. 2031, 132 L.Ed.2d 136, 515 U.S. 177, Declarant is required to initiate a direct challenge to authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of de facto officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for loss, injury and damages. See particularly, the former 26 U.S.C. § 7804(b), now published in notes following § 7801. Per 26 U.S.C. § 7214(a), if and when IRS personnel exceed authority prescribed by law, or fail to carry out duties imposed by law, they are criminally liable.

Per § 2 of 31 CFR Part 1, Appendix B of Subpart C, Declarant is entitled to directly request evidence of authority and/or liability:

> Internal Revenue Service procedures permit the examination of tax records during the course of an investigation, audit, or collection activity. Accordingly, individuals should contact the Internal Revenue Service employee conducting an audit or effecting the collection of tax liabilities to gain access to such records, rather than seeking access under the provisions of the Privacy Act.

In compliance with the above please provide me with certified copies of the following:

1. Your constitutional oath of office, as required by 5 U.S.C. § 3331;
2. Your civil commission as agent or officer of the Government of the United States;
3. Your affidavit declaring that you did not pay for or otherwise make or promise consideration to secure the office (5 U.S.C. § 3332); and
4. Your personal official bond or surety bond as required in 26 USC § 7101; or
   a. An obligation as security instead of a surety bond in 31 USCA § 9303; or
   b. A single bond in lieu of multiple bonds approved by the director in 26 USC § 7102; and,
   c. As required in 26 CFR § 301.7101 -1, including the bonding as required in the 1939 and 1954 Internal Revenue Codes.

These documents should all be filed as public records. See 5 U.S.C. § 2906 for requirements concerning filing oaths of office. In the event Hester Pulling and Ron W. Robinson do not have personal surety bonds, Hester Pulling and Ron W. Robinson may provide a copy of Hester Pulling and Ron W. Robinson's

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

financial statements, which Hester Pulling and Ron W. Robinson are required to file annually. Hester Pulling and Ron W. Robinson's financial statements will be construed as private treaty surety bonds in the event that Hester Pulling and Ron W. Robinson exceed lawful authority.

The following is a reasonably concise list of causes for challenging and requiring Hester Pulling and Ron W. Robinson to verify Hester Pulling and Ron W. Robinson's authority and bond Hester Pulling and Ron W. Robinson's action. The list includes authority references sufficient to provide notice and enable Hester Pulling and Ron W. Robinson to make inquiry reasonable under the circumstance.

1. After review of Declarant's financial affairs and reasonably comprehensive study of application of internal revenue laws of the United States, Declarant does not believe Declarant is liable for any federal tax that requires Declarant to keep books and records and file returns. In spite of a diligent search, Declarant has been unable to locate taxing and liability statutes, with implementing regulations, applicable to Declarant's income sources and activities. See the Good Faith and Reasonable Cause Standard at 26 CFR § 1.6664-4 and the Substantial Authority Standard at 26 CFR § 1.6662-4.

2. Court documents and published district and circuit court decisions verify that the Internal Revenue Service is agent of the [federal] United States of America, not the Government of the United States (See 26 U.S.C. § 7402: "The district courts of the United States at the instance of the United States shall have jurisdiction ...")- For distinction between the "United States" and the "United States of America" as unique and separate governmental entities, see historical and revision notes following 18 U.S.C. § 1001 and Attorney General delegation orders to the Director of the Bureau of Prisons, 28 CFR §§ 0.96 & 0.96b. Until proven otherwise, Internal Revenue Service personnel will be considered and treated as hostile agents of a foreign government and all Internal Revenue Service claims will be construed as claims of a government foreign to the United States and States of the Union.

3. It appears that the Internal Revenue Service operates in an ancillary or other secondary capacity under contract, memorandum of agreement or some comparable device to provide services under original authority vested in the Treasury Financial Management Service or some other bureau of the Department of the Treasury, and that such services extend only to government employees and employers, as defined at 26 CFR §§ 3401(c) & (d). The authorization is essentially intra-governmental in nature (See 5 U.S.C. § 301 for Federal Register publication exemption; see also, 44 U.S.C. § 1505(a)); it does not extend to private sector enterprise in States of the Union.

4. The Internal Revenue Service is not the "delegate" of the Secretary of the Treasury, as that term is defined at 26 U.S.C. § 7701(aX12)(A).

5. Prior to any adverse action to collect contested delinquent tax debts (properly assessed liabilities), the current general agent of the Treasury and the Attorney General must authorize such action. See particularly, Executive Order #6166 of June 10,1933, as amended, 5 U.S.C. § 5512, and 26 U.S.C. § 7401. (The General Accounting Office is listed as general agent of the Treasury in notes following 5 U.S.C. § 5512, but appears to have delegated certification of tax and other debts owing to the Government of the United States, most probably to the Treasury Financial Management Service or a subdivision thereof.)

6. Any statutory lien "arising" under § 6321 of the Internal Revenue Code is inchoate (unperfected) until there is a judgment lien secured in compliance with the Federal Debt Collection Procedures Act (See Chapter 176 of Title 28, particularly 28 U.S.C. § 3201). Therefore, notices of federal tax lien, notices of levy and other such instruments utilized to encumber and convert private property are uttered instruments unless perfected by a judgment from a court of competent jurisdiction. See also, Fifth Amendment due process clause, clarified by relation-back doctrine (*UnitedStates* v. *A Parcel of Land, Buildings, Appurtenances and Improvements, known as 92 Buena Vista Avenue, Rumson, New Jersey* (1993), 507 U.S. 111; 113 S.Ct. 1126; 122 L.Ed. 2d 469).

7. All Internal Revenue Service seizures where there is not a judgment lien in place are predicated on

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

the underlying presumption that a drug-related commercial crime specified in 26 CFR § 403.38(dXl) has been committed and that the seized property was being used in connection with or was the fruit of the crime. See particularly, Delegation Order 157, Rule 41 of the Federal Rules of Criminal Procedure, and 26 U.S.C. § 7302 (property used in violation of internal revenue laws). The "in rem" action is admiralty in nature (26 U.S.C. § 7323) and presumes that there is a maritime nexus. See 26 U.S.C. § 7327 concerning customs laws.

8. Internal revenue districts have not been established in States of the Union, as required by 26 U.S.C. § 7621 and Executive Order #10289, as amended. Therefore, Internal Revenue Service incursion into States of the Union for purposes authorized by Chapter 78 of the Internal Revenue Code are beyond venue prescribed by law. See also, 4 U.S.C. § 72.

9. Collateral issues (nature & cause of action, standing of the Internal Revenue Service, venue and subject matter jurisdiction generally) are matters that must be documented in record when challenged. Therefore, the mandate for disclosure falls within substantive rights that cannot be avoided or otherwise passed over through procedural technicalities or silence. U.S. Supreme Court decisions verifying these requirements are too numerous to list in this context.

10. The Administrative Procedures Act and the Federal Register Act require publication of organizational particulars and procedure in the Federal Register. See particularly, 5 U.S.C. § 552. The Internal Revenue Service appears not to be in compliance with these mandates. Therefore, IRS personnel engaged in federal tax administration have a duty to affirmatively resolve organizational and other collateral and procedural issues when they are raised in the administrative forum.

11. Umbrella grievances are that Internal Revenue Service personnel are operating under color of authority of the Government of the United States and that by either exceeding or refusing to fulfill duties imposed by law, they abridge or threaten to abridge substantive and procedural due process rights.

12. Internal Revenue Service personnel acts not authorized by law and omission of duties imposed by law are criminal in nature (26 U.S.C. §§ 7214(a)(I), (2) & (3)), and whether knowingly or unknowingly, IRS personnel operating in States of the Union, except with the possible exception of authority for enforcing drug-related customs laws (26 CFR § 403), are involved in a seditious conspiracy and racketeering enterprise. Where IRS personnel operate under color of authority of the United States when in reality they are agents of a government foreign to the United States, offenses may be construed as treason and conspiracy to commit treason.

The constitutional oath of office is important enough that the first official act of Congress in 1789 set requirements for the oath in place. See 1 Stat. 23. The Constitution of the United States mandates a constitutional oath of office in Article VI, Clause 3. The requirement for civil commissions is in Article II § 2, Clause 2 of the Constitution. Requirements for civil commissions were particularized in *Marbury* v. *Madison*, 5 U.S. 137, 2 L.Ed. 60, 1 Cranch 137 (1803), and *United States* v. *Le Baron*, 60 U.S. 73 (1856). Requirements for surety bonds arise from common law doctrine and statutory law. See particularly, 26 U.S.C. § 6803, 7101,7102 & 7485,26 CFR §§ 301.7101-1 & 301.7102-1 and 31 U.S.C. § 9303.

Collateral issues other than the above requests intended to document Hester Pulling and Ron W. Robinson's personal standing will be addressed separately from this request.

Hester Pulling and Ron W. Robinson may provide the requested items within a reasonable period of twenty calendar days from receipt of this request. See the Administrative Procedures Act for deadlines. In the alternative, Hester Pulling and Ron W. Robinson may recuse themselves from this case so long as Hester Pulling and Ron W. Robinson provide written notice. In the event Hester Pulling and Ron W. Robinson do not formally recuse themselves, Hester Pulling and Ron W. Robinson may be considered a party to any past or subsequent adverse action. Hester Pulling and Ron W. Robinson may withdraw any and all claims, demands and/or encumbrances issued directly or indirectly within the scope of Hester

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced name and/or account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

Pulling and Ron W. Robinson's alleged administrative authority.

Declarant is not a tax protester or tax resister. Declarant will, upon receipt of the proper documentation as outlined above, fill out and file any forms in addition to paying any taxes that Declarant has a legal, lawful liability to pay.

If you, as a representative of the DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, do not respond in part or in whole to this letter within 30 days, it will be presumed that the DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE agrees with this letter and with Declarant. This letter will stand as witness of Declarant's good-faith efforts to understand, correct, or clarify any and all documents from the DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE with Declarant's name and/or social security number that is not applicable to Declarant. Thank you for your cooperation in this matter.

_____          _____
John Burton                                               Date  10-23-05

_____          _____
Paula Burton                                              Date  10/23/05

                                    Notary Statement

state of Oregon                }
                               }
county of Jackson              }
BE IT REMEMBERED, that on the  23rd  day of  October  2005, before me, the undersigned, a Notary Public in and for the state of Oregon, personally appeared, John Burton and Paula Burton who proved to me to be the same individuals who executed the within instrument, and, affirmed that they are personally fully aware of the contents and accuracy of the statements made therein, and affirms that the document is, to the very best of their knowledge, true and correct.

                                    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed My
                                    Official seal the day and year last above written.

OFFICIAL SEAL                       _____
LAURI R. BROWNSON                   Notary Public for State of Oregon
NOTARY PUBLIC-OREGON
COMMISSION NO 389567                Commission Expires on March 29, 2009
MY COMMISSION EXPIRES MARCH 29, 2009

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: October 5, 2005

John Burton
220 Green Leaf Dr
Eagle Point, OR 97524-7765

Dear Mr. Burton:

This letter serves as a follow up to my telephone message left for you on October 4, 2005. I am notifying you that the seizure and sale of assets is my next planned action on your account. We will contact you directly with the seizure paperwork when the action takes place.

I am enclosing Publications 1, 594, 1660. You have received all of these publications previously, but I wanted to again remind you of your rights as a taxpayer in the collection process.

I am also enclosing Form 911. If the asset we seize is something you feel is causing an immediate and direct financial hardship on you, you may file the Form 911 either directly with me or with the Taxpayer Advocate's Office.

Finally, allow me to provide the contact information for my immediate supervisor, should you wish to discuss my planned course of action with her:

Hester Pulling, Group Manager
Internal Revenue Service
550 W. Fort St. - Mail Stop 3200 BOI
Boise, ID 83724
Phone: (208) 387-2829 ext 309

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
300 Country Club Rd - Suite 260
Eugene, OR 97401-2299

Phone#: 541-465-6465 ext 251
Fax#: 541-465-6756

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

*EXHIBIT A  1 of 6*

Sincerely,

Ron W Robinson
Revenue Officer
Employee ID#: 93-02351

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

EXHIBIT A 2 of 6



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: October 5, 2005

Paula Burton
220 Green Leaf Dr
Eagle Point, OR 97524-7765

---

Dear Ms. Burton:

This letter serves as a follow up to my telephone message left for you on October 4, 2005. I am notifying you that the seizure and sale of assets is my next planned action on your account. We will contact you directly with the seizure paperwork when the action takes place.

I am enclosing Publications 1, 594, 1660. You have received all of these publications previously, but I wanted to again remind you of your rights as a taxpayer in the collection process.

I am also enclosing Form 911. If the asset we seize is something you feel is causing an immediate and direct financial hardship on you, you may file the Form 911 either directly with me or with the Taxpayer Advocate's Office.

Finally, allow me to provide the contact information for my immediate supervisor, should you wish to discuss my planned course of action with her:

Hester Pulling, Group Manager
Internal Revenue Service
550 W. Fort St. - Mail Stop 3200 BOI
Boise, ID 83724
Phone: (208) 387-2829 ext 309

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
300 Country Club Rd - Suite 260
Eugene, OR 97401-2299

Phone#: 541-465-6465 ext 251
Fax#: 541-465-6756

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

*EXHIBIT A  3 of 6*

OMB No. 1545-1504

Department of the Treasury – Internal Revenue Service

**TAXPAYER ADVOCATE**

# Application for Taxpayer Assistance Order (ATAO)

Form **911**
(Rev. 3-2000)

**Section I.**      **Taxpayer Information**

| | |
|---|---|
| 1. Name(s) as shown on tax return | 4. Your Social Security Number    6. Tax Form(s) |
| | 5. Social Security No. of Spouse    7. Tax Period(s) |
| 2. Current mailing address (Number, Street & Apartment Number) | 8. Employer Identification Number (if applicable) |
| | 9. E-Mail address |
| 3. City, Town or Post Office, State and ZIP Code | 10. Fax number |
| 11. Person to contact | 12. Daytime telephone number    13. Best time to call |

14. Please describe the problem and the significant hardship it is creating. *(If more space is needed, attach additional sheets.)*

15. Please describe the relief you are requesting. *(If more space is needed, attach additional sheets.)*

I understand that Taxpayer Advocate employees may contact third parties in order to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 16. Signature of taxpayer or corporate officer | 17. Date | 18. Signature of spouse | 19. Date |
|---|---|---|---|
| | | | |

**Section II.**      **Representative Information (if applicable)**

| | |
|---|---|
| 1. Name of Authorized Representative | 3. Centralized Authorization File Number (CAF) |
| 2. Mailing Address | 4. Daytime telephone number |
| | 5. Fax number |
| 6. Signature of Representative | 7. Date |

Cat. No. 16965S

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

Form **911** (Rev. 3-2000)

*EXHIBIT A 4 of 6*

## Section III.                    (For Internal Revenue Service only)

| Taxpayer Name | Taxpayer Identification Number (TIN) |
|---|---|

| 1. Name of Initiating Employee | 2. Employee Telephone Number | 3. Operating Division or Function | 4. Office |
|---|---|---|---|

**5. How Identified & Received** (Check the appropriate box)

IRS Function Identified Issue as Meeting TAS Criteria
- ☐ (r) Functional referral (Functional area identified TP/Rep issue as meeting TAS criteria)
- ☐ (x) Congressional correspondence/inquiry not addressed to TAS but referred for TAS handling

Taxpayer or Representative Requested TAS Assistance
- ☐ (c) Taxpayer or representative filed Form 911 or sent other correspondence to TAS
- ☐ (n) Taxpayer or representative called into a National Taxpayer Advocate (NTA) Toll-Free site
- ☐ (p) Taxpayer or representative called TAS (other than NTA Toll-Free)
- ☐ (s) Functional referral (Taxpayer or representative specifically requested TAS assistance)
- ☐ (w) Taxpayer or representative sought TAS assistance in a TAS walk-in area
- ☐ (y) Congressional corresp/inquiry addressed to TAS or any Congressional specifically requesting TAS assistance

| 6. IRS Received Date |
|---|

**7. TAS Criteria** (Check the appropriate box)
- ☐ (1) Taxpayer is suffering or about to suffer a significant hardship
- ☐ (2) Taxpayer is facing an immediate threat of adverse action
- ☐ (3) Taxpayer will incur significant costs, including fees for professional representation, if relief is not granted
- ☐ (4) Taxpayer will suffer irreparable injury or long-term adverse impact if relief is not granted
- ☐ (5) Taxpayer experienced an IRS delay of more than 30 calendar days in resolving an account-related problem or inquiry
- ☐ (6) Taxpayer did not receive a response or resolution to their problem by the date promised
- ☐ (7) A system or procedure has either failed to operate as intended or failed to resolve a taxpayer problem or dispute with the IRS
- ☐ (8) Congressional Duplicate of any criteria or non-criteria case already in TAS or on TAMIS
- ☐ (9) Any issue/problem not meeting the above TAS criteria but kept in TAS for handling and resolution

8. Initiating Employee: What actions did you take to help resolve the problem?

9. Initiating Employee: State reason(s) why relief was not provided.

**Section III Instructions (For Internal Revenue Service only)**
1. Enter your name.
2. Enter your telephone number.
3. Enter your function (i.e.: ACS, Collection, Examination, Customer Service, etc.). If you are now part of one of the new Business Operating Divisions (Wage & Investment Income, Small Business/Self-Employed, Large/Mid-Size Business, Tax-Exempt/Govt Entity), enter the name of the Division.
4. Enter the number/Organization Code for your office. (e.g.; 18 for AUSC, 95 for Los Angeles).
5. Check the appropriate box that best reflects how the taxpayer informed us of the problem. For example, did TP call or write an IRS function or TAS? Did TP specifically request TAS assistance/handling or did the function identify the issue as meeting TAS criteria?
6. The IRS Received Date is the date TP/Rep first informed the IRS of the problem. Enter the date the TP/Rep first called, walked in or wrote the IRS to seek assistance with getting the problem resolved.
7. Check the box that best describes the reason/justification for Taxpayer Advocate Service (TAS) assistance and handling.
8. Indicate the actions you took to help resolve the taxpayer's problem.
9. State the reason(s) that prevented you from resolving taxpayer's problem and from providing relief. For example, levy proceeds cannot be returned since they were already applied to a valid liability; an overpayment cannot be refunded since the refund statute expired; or current law precludes a specific interest abatement.

## Section IV.                    (For Taxpayer Advocate Service only)

| 1. TAMIS CF# | 2. BOD/Client | 3. How Recd Date | 4. Criteria Code | 5. IRS Recd Date | 6. TAS Recd Date |
|---|---|---|---|---|---|
| 7. Reopen Ind | 8. Func/Unit Assigned | 9. Employee Assigned | 10. Major Issue Code | 11. ATAO Code/Subcode | 12. PSD Code |
| 13. Special Case Code | 14. Complexity Code | 15. Outreach | 16. Local Use Code ☐ TP \|_\|_\|_\|_\| ☐ Case \|_\| | 17. Relief Date | 18. TAS Clsd Date |
| 19. Cust Satisfact Cde | 20. Root Cause Code | | | | |

| Hardship ☐ Yes  ☐ No | Taxpayer Advocate Signature | Date |
|---|---|---|

Cat. No. 16965S    ***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

Form **911** (Rev. 3-2000)

*EXHIBIT A 5 of 6*

Sincerely,

Ron W Robinson
Revenue Officer
Employee ID#: 93-02351

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

EXHIBIT A  6of6

RECEIVED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

John Burton,
Paula Burton

                                        Case No. 1:05-cv-2121(RMU)

                    Plaintiff(s),      ADDENDUM TO COMPLAINT  $N^\circ$ 3

v.

United States
                    Defendant.

 

 

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider [1].

Dated _4-30_____, 2006

_John Burton_
John Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

_Paula Burton_
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _4-30_____, 2006

_John Burton_
John Burton

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

John Burton v. United States.                    page 2 of 2 pages                    Addendum to Complaint

THE FOLLOWING ___*16*___ PAGES ARE ATTACHED TO THE
ADDENDUM TO COMPLAINT NUMBER ___*3*___

**PLEASE NOTE:**
**IRS HAS NEVER RESPONDED TO ANY OF THIS**
**AND IS UNWILLING TO RECONSIDER.**

# OFFICIAL COMPLAINT

## RE: UNLAWFUL TAX LIEN FILING

From:
John Burton
Paula Burton
220 Greenleaf Drive
Eagle Point, Oregon 97524

To:
Attorney General Alberto Gonzales
United States Justice Department
10th and Constitution Avenue
Washington, DC 20530                    Certified Mail # 7003-2260-0001-9482-8428

Commissioner of Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC 20081-0001               Certified Mail # 7003-2260-0001-9482-8435

William H. Foster
Chief, Regulations and Procedures Division
Tax and Trade Bureau (TTB)
650 Massachusetts Avenue NW
Washington, DC 20226                    Certified Mail # 7003-2260-0001-9482-8442

TIGTA
ATTN: Complaint Management Division
Ben Franklin Station—PO Box 589
Washington, DC 20044                    Certified Mail # 7003-2260-0001-9482-8459

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535                    Certified Mail # 7003-2260-0001-9482-8466

Internal Revenue Service
AUTOMATED COLLECTION SYSTEM
POB 9949
OGDEN, UT 84409                         Certified Mail # 7003-2260-0001-9482-8473

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
POB 1686
BIRMINGHAM, AL 35201                    Certified Mail # 7003-2260-0001-9482-8480

Taxpayer Advocate
Ogden Service Center
POB 9941, Stop 1005

Page 1 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

Ogden, UT  84409                           Certified Mail # 7003-2260-0001-9482-8497

The Office of Management and Budget
725 17th Street, NW
Washington, DC  20503                      Certified Mail # 7003-2260-0001-9482-8503

Office for Victims of Crime (OVC)
U.S. Department of Justice
810 Seventh Street NW
Washington, DC 20531                       Certified Mail # 7003-2260-0001-9482-8510

R. ROBINSON
Department of the Treasury
Internal Revenue Service
300 Country Club Road- Suite 260
Eugene, OR  97401                          Certified Mail # 7003-2260-0001-9482-8527


## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Dear Sirs and Madams:

We, John Burton and Paula Burton, hereinafter Declarant, state that the facts contained herein are true and correct to the best of Declarant's firsthand knowledge and belief under penalty of perjury pursuant to the laws of united States of America.

Declarant has received a threatening, **"Notice of Federal Tax Lien"** document; a copy of this document is attached hereto and incorporated herein by reference as EXHIBIT A.

**Apparently, R. ROBINSON is unlawfully attempting to lien Declarant's property without proper administrative procedures and without Due Process of the Law!!!**  Commissioner of Internal Revenue Service, your agent, R. ROBINSON has not followed proper lawful practices and procedures in dealing with this matter to insure that Declarant is receiving proper Due Process of the Law.    Declarant suspects that R. ROBINSON is acting without proper authority.  A lien is a judgment.  A judgment must be signed by a judge.    Declarant has never received any documentation from DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON evidencing that Declarant has any kind of judgment concerning this matter.

January 29, 2005, the U.S. Court of Appeals for the Second Circuit had issued a decision in *Schulz v. IRS*. The Court held that taxpayers cannot be compelled by the IRS to turn over personal and private property to the IRS, absent a federal court order.

*"...absent an effort to seek enforcement through a federal court, IRS summonses apply no force to taxpayers, and no consequence whatever can befall a taxpayer who refuses, ignores, or otherwise does not comply with an IRS summons until that summons is backed by a federal court order...[a taxpayer] cannot be held in contempt, arrested, detained, or otherwise punished for refusing to comply with the original IRS summons, no matter the taxpayer's reasons, or lack of reasons for so refusing."*

March 9, 2005, the IRS, the DOJ had filed a motion with the Court, requesting that the Court amend its decision in *Schulz*.

Page 2 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s).  If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

June 29, 2005, the Court issued its much-anticipated decision regarding the government's motion to amend the Court's earlier ruling. With a firm reliance on the Court's primary role of protecting the People's individual, unalienable Right to Due Process guaranteed by the 5th and 14th Amendments, the court soundly rejected the government's pleading.

Writing for the three-judge panel, Judge Straub wrote, in part:

> "...The government has moved to amend our *per curiam* opinion, reported at *Schulz v. IRS*., 395 F.3d 463 (2nd Cir. 2005) ("*Schulz I*")... Having considered the arguments of the parties, we grant the petition to rehear for only the limited purpose and to the extent necessary to clarify our prior opinion and hold that: 1) absent an effort to seek enforcement through a federal court, IRS summonses "to appear, to testify, or to produce books, papers, records, or other data," 26 U.S.C. Section 7604, issued "under the internal revenue law, " id., apply no force to the target, and no punitive consequences can befall a summoned party who refuses, ignores, or otherwise does not comply with an IRS summons until that summons is backed by a federal court order; 2) if the IRS seeks enforcement of a summons through the federal courts, those subject to the proposed order must be given a reasonable opportunity to contest the government's request; 3) if a federal court grants a government request for an order of enforcement then any individual subject to that order must be given a reasonable opportunity to comply and cannot be held in contempt or subjected to indictment under 26 U.S.C. section 7210 for refusing to comply with the original, unenforced IRS summons, no matter the taxpayer's reasons or lack of reasons for so refusing."

Most significantly, the Court held, relying on a 1920 decision by the United States Supreme Court, that the principles of due process apply to all administrative orders. We take that to mean the Court's order applies not only to IRS first party summonses, but also to IRS third party summonses, and to IRS levies and liens.

With that said, the lawful authorities of the Department of the Treasury, Internal Revenue Service and/or R. ROBINSON are stated at the following sections:

5 Code of Federal Regulations 1320.6(a), a copy is attached hereto and incorporated herein as EXHIBIT D-7, and evidences to wit:

> ...no person shall be subject to any penalty for failing to comply with a collection of information that is subject to the requirements of this part if: (2) The Collection information does not display...a currently valid OMB Number...

There is no current valid OMB numbers on the Notice of Lien EXHIBIT A document. Declarant is not subject to any penalty as evidenced by the above law.

Seizures are made pursuant to the police powers of the government. The federal government has no authority to exercise police powers within the several states, which is in Title 28 appendix under Rule 64, a copy is attached hereto and incorporated herein as EXHIBIT L-3, and evidences to wit:

> At the commencement of and during the course of an action, all remedies providing for seizure of person or property for the purpose of securing satisfaction of the judgment ultimately to be entered in the action are available under the circumstances and in the manner

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced name and/or account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

provided by the appropriate <u>state</u> law existing at the time the remedy is sought... (emphasis added)

All property laws are state laws and in order to deprive Declarant of Declarant's property, Declarant must be afforded the protection of Declarant's state laws, courts, and procedures as evidenced by the law above. The only two ways that the federal government can deprive Declarant of property without a court order are:

1. If the property initially belonged to the federal government, or
2. If the property is in the hands of a government employee or official.

Once again, this evidences that Declarant does not fall under any of the codes or laws that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON is claiming Declarant has violated because Declarant has no property belonging to the government, nor is Declarant a government employee or government official.

Declarant never received an Assessment Certificate; therefore, Declarant was unaware that Declarant had been assessed. Please send a copy of the document 23C Assessment Certificate signed by the authorized assessment officer, as outlined below.

Internal Revenue Manual 5300, under 5311 Assessment, a copy of this page from the 5300 Internal Revenue Manual is attached hereto and incorporated herein by reference as EXHIBIT A-3, which evidences to wit:

The initial step in the collection process is to establish an account against a taxpayer by assessing the amount due and unpaid.

Section 6201 of the 1954 Code and regulations there under authorize and require District Directors and Service Center Directors, as appropriate, to make all the inquiries necessary to the determination and assessment of all the taxes whether imposed by the 1954 Code or any prior internal revenue law.

The next paragraph states to wit:

1. The assessment is made by an Assessment Officer designated by the District Director or Service Center Director, as appropriate. The assessment officer signs a form 23-C, Assessment Certificate. This record, through supporting data, provides identification of the taxpayer by name and number, the taxable period, the nature of the tax, and the amount assessed.
2. The date of assessment is the date that the form 23-C is signed by the Assessment Officer.

Internal Revenue Manual 3.17.63.14.4, a copy of this page is attached hereto and incorporated herein by reference as EXHIBIT Y-3, and evidences, to wit:

(2) All principal assessments must be recorded on Summary Record of Assessments (Assessment Certificate). The Assessment Certificate is the legal document that permits collection activity.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

As yet, Declarant has never received any documentation permitting collection activity. Please send a signed certified copy of the 23C Assessment Certificate.

Internal Revenue Code Section 6320, a copy is attached hereto and incorporated herein by reference as EXHIBIT M-2, references section 6321.    A copy of Internal Revenue Code section 6321 is attached hereto and incorporated herein by reference as EXHIBIT J-2.

The parallel authorities for 26 USC 6321, from Code of Federal Regulations, cites 27 CFR part 70, a copy is attached hereto and incorporated herein by reference as EXHIBIT K-2.

27 CFR part 70 shows evidence that it is under BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, a copy of the section list is attached hereto and incorporated herein by reference as EXHIBIT N-2.

The topical references as shown in the above title evidences "damages" as, to wit:

> Damages, in a legal sense, is the sum of money the law imposes for a breach of some duty or violation of some right…

A copy of this topical reference is attached hereto and incorporated herein by reference as EXHIBIT M-3.

Declarant is not aware of any "breach of some duty or violation of some right" that this "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320", has apparently caused.

Black's Law Dictionary, 6th Edition, Abridged, defines "breach", to wit:

> The breaking or violating of a law, right, obligation, engagement, or duty, either by commission or omission.  Exists where one party to contract fails to carry out term, promise, or condition of _the_ contract. (Emphasis added.)

A copy of this definition is attached hereto and incorporated herein by reference as EXHIBIT F-2.

Declarant is not aware of any existing "contract" with DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON that Declarant has "failed to carry out the terms, promises, or conditions of" that this Federal Tax Lien and DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON could rely upon to be a lawful lien.
In your EXHIBIT A letter, you mention Internal Revenue Code 6321, 6322, and 6323 of the Internal Revenue Code.  Section 6321, see EXHIBIT J-2, cross references to 27 CFR part 70, see EXHIBIT K-2. The sections are listed as BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, see EXHIBIT N-2.

Section 6321, see EXHIBIT J-2, evidences to wit:

> If any person liable to pay any tax neglects or refuses to pay…

Declarant has never neglected or refused to pay any tax that Declarant has been legally, lawfully been made liable for.

United States Supreme Court ruling on Internal Revenue Code section 6321 reveals the following, to wit:

> Purpose of this section (6321) is to fit federal tax liens into priority scheme of the Uniform Commercial Code.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s).  If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

As a private citizen of the state of Oregon, Declarant is not subject to the Uniform Commercial Code and Declarant has never received any information that Declarant is subject to the Uniform Commercial Code as is referred to in Internal Revenue Code Section 6321.

Internal Revenue Code Section 7403 cross-references to 27 CFR part 70, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, a copy is attached hereto and incorporated herein by reference as EXHIBIT A-4. Internal Revenue Code Section 7403, a copy is attached hereto and incorporated herein by reference as EXHIBIT I-2, evidences to wit:

> In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegate, at the request of the Secretary, may direct a ***civil action*** to be filed in a district court of the United States to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property of whatever nature…(Emphasis added)

This evidences that a civil action **must** be filed in a district court to enforce the lien. Please send Declarant a certified copy of the signed civil action suit against Declarant.

Black's Law Dictionary defines "civil action", to wit:

> A proceeding in a court of justice in which one party, known as the "plaintiff," demands against another party, known as the "defendant,"…

A copy of this definition is attached hereto and incorporated herein by reference as EXHIBIT H-2.

Declarant has never been in the court as either a "plaintiff" or "defendant" with DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON.

This code section clearly states that the lien shall arise at the time the assessment is made; a copy of this code section is attached hereto and incorporated herein by reference as EXHIBIT L-2. Again, please send the 23C Certificate of Assessment that would make this lien arise.

How can Declarant know if Declarant is liable, if Declarant has never been properly assessed? Declarant is not neglecting or refusing to pay anything. Declarant will pay any and all taxes that Declarant has a lawful liability to pay. Again, when Declarant receives the proper documentation (23C Assessment Certificate and/or a signed civil action suit) Declarant will be able to identify all of Declarant's lawful liabilities.

To pretend that the EXHIBIT A letter is a lawful substitute for the lawful procedure is misleading. To seize property from Citizens, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON would need a court order from the relevant Court.

Declarant has never received an "ABSTRACT OF JUDGMENT". The "ABSTRACT OF JUDGMENT", a sample copy is attached hereto and incorporated herein, as reference by EXHIBIT E-7, states, to wit:

> Pursuant to Title 28, United States Code section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. section

Page 6 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced name and/or account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

6323(f), creates a lien on all real property of the defendant(s) and has
priority over all other liens or encumbrances which are perfected later
in time. The lien created by this section is effective, unless satisfied,
for a period of 20 years and may be renewed by filing a notice of
renewal. If such notice of renewal is filed before the expiration of the
20 year period to prevent the expiration of the lien and the court
approves the renewal, the lien shall relate back to the date the judgment
is filed.

If Department of the Treasury, Internal Revenue Service has a legal, lawful lien against Declarant,
Declarant is requesting a copy of the "ABSTRACT OF JUDGMENT".

Form 668(Y) (c) shows "1040" as "Kind of Tax". This is an absurdity. 1040 is a Form, not a "Kind of
Tax".    Internal Revenue Manual 3(15)(129)9.(11) evidences that the 1040 and 1040A Forms are for the
Virgin Islands, a copy of this page is attached hereto and incorporated herein by reference as EXHIBIT W.
Is DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON
encouraging Declarant to commit perjury (a criminal activity) by signing a Form giving a liability to the
Virgin Islands?

301.6321-1 Code of Federal Regulations, a copy is attached hereto and incorporated herein by reference as
EXHIBIT C-3, evidences to wit:

If any person liable to pay…

Declarant has never received any documents from DEPARTMENT OF THE TREASURY, INTERNAL
REVENUE SERVICE and/or R. ROBINSON which state that Declarant has been made liable to pay
anything.

United States Supreme Court rulings addressing the issue of Internal Revenue Code section 6331 evidences
the following, to wit:

This section was enacted to subject salaries of federal employees to
same collection procedures as are available against all other taxpayers,
including employees of a state. Sims v. U.S. W. Va. 1959, 79 S. Ct.
641, 359 US 108, and 3 L. Ed. 2d 667.
Declarant has never received any documentation that would place Declarant into the category of Internal
Revenue Code sections 6331 as outlined above.

DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON are in
violation of the laws, codes and regulations of United States acting under color of law and without proper
authority. Declarant has fully complied with the laws, codes and regulations, and reasonably expects this
agency and any agents to do the same.

Unless DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON
can forward Declarant a certified copy of the 23C Assessment Certificate and the signed court ordered
judgment that pertains to Declarant, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE
SERVICE and/or R. ROBINSON cannot establish a basis for sending or applying any notices of lien to
Declarant. If you cannot do so, please certify your lack of documents on Form 3050, Certificate of Lack of
Records.    In the event that you lack authority, Declarant demands that DEPARTMENT OF THE
TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON send letters of correction to the

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

parties to whom DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON mailed any of these unlawful letters.

Declarant has also never received a copy of the actual lien (not the Notice of Lien) against Declarant. Declarant is now requesting a copy of that document.

Declarant is demanding relief. Commissioner of Internal Revenue Service, your agent R. ROBINSON has improperly, recklessly, intentionally, negligently, and with disregard to the laws and codes, violated the laws and codes to serve some purpose. Declarant believes that your agent R. ROBINSON is unlawfully seeking cash merit pay awards as outlined in Internal Revenue Manual, Handbook of Delegation Orders, page 1229-91, a copy is attached hereto and incorporated herein by reference as EXHIBIT B-4. Commissioner of Internal Revenue Service, you are responsible for your agents, including R. ROBINSON. R. ROBINSON has used the laws and codes in a reckless, intentional disregard.  You will be responsible for their actions and you will be responsible for any unlawful proceedings that R. ROBINSON may be creating by this blatant negligent disregard to the Codes and regulations. Declarant has clearly evidenced the blatant negligent disregard to the Codes and regulations in this letter. It is now up to you, Commissioner of Internal Revenue Service, to inform R. ROBINSON to act in accordance with the codes and regulations as they are written.

Declarant demands a due process administrative hearing to investigate Declarant's allegations as guaranteed to Declarant by the Constitution and Bill of Rights. Declarant hereby gives notice that Declarant will be accompanied by a court reporter to officially document the hearing. Declarant reserves the right to videotape this hearing and bring any witnesses or interested parties. Declarant will present the facts and evidence presented herein along with other evidence.

Declarant will also require the production of the following items, instruments, and/or documents:

1. A copy of the document that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON rely upon for legal, lawful authority to make inquiries concerning Declarant.

2. A copy of the document that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE and/or R. ROBINSON rely upon for legal, lawful authority to create an account in or for Declarant, using Declarant's name and SSN#.

3. Lawful documentation evidencing identity(s) of all agents, officers, or representatives of Department of the Treasury and/or Internal Revenue Service including, but not limited to, R. ROBINSON.

4. All agents, special agents, officers, assignee's, employee's, and/or any other representatives of Department of the Treasury and/or Internal Revenue Service including, but not limited to, R. ROBINSON, shall, before commencement of the hearing, be required by written oath or affirmation to declare, under penalty of perjury, that all statements and/or claims made by them are true, correct, and complete.

5. Lawful documentation evidencing any instrument(s), contract(s), and/or other agreement(s) that contain Declarant's signature making Declarant a party to any contracts that would make Declarant agreeable to a liability imposed by Department of the Treasury, Internal Revenue Service, and/or R. ROBINSON.  Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

Page 8 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

6.  Lawful documentation evidencing power of attorney to act as a representative for U.S. or United States, Treasury Secretary, Department of the Treasury, and/or Internal Revenue Service, which authorizes correspondence with Declarant. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

7.  Lawful documentation evidencing Declarant is a party to any taxes imposed. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

8.  Lawful documentation evidencing Declarant is engaged in taxable business activities. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

9.  Lawful documentation evidencing Declarant has a deficiency. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

10.  Lawful documentation evidencing R. ROBINSON, Department of the Treasury, and/or Internal Revenue Service have lawfully applied all Codes and regulations in respect to the "Notice of Federal Tax Lien". Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

In addition, Declarant has reviewed Declarant's records and files and can find no record or file that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE could rely upon to verify that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE has legal, lawful authority or a legal, lawful claim against Declarant. Please help Declarant update Declarant's files and records by providing the following:

1.  A copy of the document or Form that Declarant is required to file with DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE.

2.  A copy of the 23C Certificate of Assessment with Declarant's name, Social Security Number, signed and dated by an official assessment officer that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE must have in order to commence with collection activities. NOTE: A 006 RACS report will not be accepted as a 23C Certificate of Assessment.

3.  A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon for proper legal, lawful assessment procedures of Title 26, Subtitle A individual income tax.

4.  A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that Declarant is a taxpayer as defined in Title 26 of the United States Code and subject to Subtitle A individual income tax.

5.  A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that Declarant has unpaid taxes that are owed to DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE.

6.  A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE has the authority to take any enforcement actions against Declarant without due process of the law.

7.  A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that DEPARTMENT OF THE TREASURY,

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

INTERNAL REVENUE SERVICE has the authority to add penalties to an amount before a legal, lawful assessment has been made known to Declarant.

8. A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENEU SERVICE relies upon to determine that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE has authority to add interest charges to an amount before a legal, lawful assessment has been made known to Declarant.

9. A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that DEPARTMENT OF THE TREASURY, INTERNAL SERVICE has the authority to collect sums greater than appear on the summary record of assessment contrary to Title 26 United States Code 7214(a).

10. A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE has the authority to act outside the INTERNAL REVENUE codes, titles and INTERNAL REVENUE MANUALS.

11. A copy of the document that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to establish a legal, lawful claim of liability against Declarant before a legal, lawful assessment has been made known to Declarant.

12. A copy of the document(s) that DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE relies upon to determine that Declarant has "failed to pay".

13. A copy of the document(s) known as Form 17, Notice and Demand required to be served before collection activity can begin.

Declarant also has confirmation from the United States Postal Service that you have received a letter from Declarant asking for documentation of the alleged debt. To date, you have not responded to any of Declarant's inquiries concerning this matter. It has been over thirty days since you received correspondence from Declarant. It appears that you are unlawfully proceeding with collection activities in violation of your Internal Revenue Manual evidencing to wit:

> Chapter 3 (17),(46)1.5
> (2) all correspondence received from taxpayers must be answered and the answer should indicate: This is in reply to your correspondence of such and such a date, and explain the action taken, even if the action taken was exactly what the taxpayer requested.

Declarant has never received a 23C Certificate of Assessment, the Form 17 Notice and Demand or any other documentation that is required to be served by the DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE in regards to any allegations or presumptions in the EXHIBIT A letter. How can Declarant neglect or refuse to pay when DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE have not complied with Title 26 requirements? Without the above documentation collection is not lawful and must stop. Until the above documentation is produced any collection is in violation of Declarant's rights as guaranteed by the Constitution.

Declarant is also demanding that Department of the Treasury, Internal Revenue Service provide Declarant with any statute that would make Declarant liable for any tax that Department of the Treasury, Internal Revenue Service claims that Declarant owes.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

> The taxpayer must be liable for the tax. Tax liability is a
> condition precedent to the demand. Merely demanding
> payment, even repeatedly, does not cause liability. Bothe v.
> Terry, 713 F. 2d 1405, at 1414 (1983).

Declarant believes Department of the Treasury, Internal Revenue Service, and in particular, R.
ROBINSON, have intentionally misled Declarant, and that Internal Revenue Service is malfeasant in
their duty to apply the laws as written and regulated.

In the court case of Economy Plumbing and Heating Co. v. United States at 470 F. 2d 585 (1972) evidences
to wit:

> The revenue laws are a code or system in regulation of tax
> assessment and collection. They relate to taxpayers, and not
> to nontaxpayers. The latter are without their scope. No
> procedure is prescribed for nontaxpayers, and no attempt is
> made to annul any of their rights and remedies in due course
> of law. With them [nontaxpayers] Congress does not assume
> to deal, and they are neither of the subject nor of the object of
> the revenue laws.

Declarant states that Declarant has never received any information from the Department of the Treasury,
Internal Revenue Service that indicates that Declarant is a taxpayer, thus making Declarant a nontaxpayer.

The court has ruled in Gallegos v. Haggerty, Northern District of New York, 689 F.Supp.93, to wit:

> Federal employees may become personally liable for
> constitutional deprivation by direct participation, failure to
> remedy wrongs after learning about it, creation of a policy or
> custom under which constitutional practices occur or gross
> negligence in managing subordinates who cause violations.

The execution of this lien is a direct "constitutional deprivation by direct participation" of Declarant's
rights as guaranteed by the Constitution making R. ROBINSON personally liable for damages if R.
ROBINSON does not "remedy wrongs" after Declarant has made R. ROBINSON aware that such
violations are occurring.

The courts have repeatedly ruled that silence is evidence of fraud. In findings in U.S. v. Tweel, the court
found the following, to wit:

> Silence can be equated with fraud where there is a legal or moral duty
> to speak, or where an inquiry left unanswered would be intentionally
> misleading...We cannot condone this shocking behavior by the IRS.
> Our revenue system is based on the good faith of the taxpayer and the
> taxpayers should be able to expect the same from the government in its
> enforcement and collection activities. U.S. v. Tweel 550 F $2^d$ 297, 299.
> See also U.S. v. Prudden, 424 F. 2d 1021, 1032; Carmine v. Bowen, 64
> A. 932.

Declarant is not a tax protester or tax resister. Declarant will, upon receipt of the proper documentation as
outlined above, fill out and file any forms in addition to paying any taxes that Declarant has a legal, lawful
liability to pay.

Page 11 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

If you, as a representative of the Internal Revenue Service, do not respond in part or in whole to this letter within 30 days, it will be presumed that the Internal Revenue Service agrees with this letter and with Declarant. This letter will stand as witness of Declarant's good-faith efforts to understand, correct, or clarify any and all documents from the Internal Revenue Service with Declarant's name and/or social security number that is not applicable to Declarant.

NOTICE OF NON-COMPLIANCE. Notice is hereby given that if R. ROBINSON, or someone with the authority to so act, fails to remove the invalid notice of federal tax lien from Declarant's property title, the failure to do so will be construed as prima facie evidence that the agent(s) signing any documents related to these issues has criminal intentions. Any agent(s) involved has specific duties related to these issues and any agent(s) that does not comply with the Codes and Regulations that govern these issues while in performance of official duties and knowingly and willfully take it upon themselves to act outside of lawful authority, under color of law or under the pretense of acting under law shall lead to the legal presumption or conclusion that this agent and/or agency(s) is willfully and intentionally causing harm to Declarant.

Thank you for your cooperation in this matter.

_____     _9/29/05_____
John Burton                          Date

_____     _9/29/05_____
Paula Burton                         Date

**Notary Statement**

state of Oregon            }
                           }        ss
county of Jackson          }
BE IT REMEMBERED, that on the 29th day of September 2005, before me, the undersigned, a Notary Public in and for the state of Oregon, personally appeared, John Burton and Paula Burton who proved to me to be the same individuals who executed the within instrument, and, affirmed that they are personally fully aware of the contents and accuracy of the statements made therein, and affirms that the document is, to the very best of their knowledge, true and correct.

```
┌─────────────────────────────┐
│        OFFICIAL SEAL        │
│     LAURI R. BROWNSON       │
│     NOTARY PUBLIC-OREGON    │
│     COMMISSION NO 389567    │
│ MY COMMISSION EXPIRES MARCH 29, 2009 │
└─────────────────────────────┘
```

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed My Official seal the day and year last above written.

_Lauri R Brownson_____

Notary Public for _State of Oregon_

Commission Expires on _March 29, 2009_

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced name and/or account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

**Internal Revenue Service**
300 Country Club Rd – Suite 260
· Eugene, OR 97401-2299

**Department of the Treasury**

**Date:** September 26, 2005

John Burton
220 Green Leaf Dr
Eagle Point, OR 97524-9717

**Taxpayer Identification Number:**
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
**IRS Employee to Contact:**
Mr. Ron W Robinson
**Employee Identification Number:**
93-02351
**Contact Telephone Number:**
541-465-6465 ext 251

### Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 9/23/2005.

| Type Of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1998 | $89,204.05 |
| 1040 | 12/31/1999 | $90,518.31 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed Form 12153, *Request for a Collection Due Process Hearing,* and mail it to:

Internal Revenue Service
Ron W Robinson
300 Country Club Rd – Suite 260

Eugene, OR 97401-2299

You must request your hearing by 10/26/2005.

We'll issue a Certificate of Release of Notice of Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

---

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

**Page 1 of 2**

*EXHIBIT A 4 of 6*

**Letter 3172 (DO) (Rev. 11-2004)**
Catalog Number 267671

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien*.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely yours,

Ron W Robinson
Revenue Officer

Enclosures:
   Publication 1, *Your Rights as a Taxpayer*
   Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien*
   Publication 1660, *Collection Appeals Rights*
   Form 668(Y), *Notice of Federal Tax Lien*
   Form 12153, *Request for a Collection Due Process Hearing*

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

*EXHIBIT A 5 of 6*

Letter 3172 (DO) (Rev. 11-2004)
Catalog Number 26767I

**Internal Revenue Service**
300 Country Club Rd - Suite 260
Eugene, OR 97401-2299

**Department of the Treasury**

**Date:** September 26, 2005

Paula J Burton
220 Green Leaf Dr
Eagle Point, OR 97524-9717

**Taxpayer Identification Number:**
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
**IRS Employee to Contact:**
Mr. Ron W Robinson
**Employee Identification Number:**
93-02351
**Contact Telephone Number:**
541-465-6465 ext 251

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 9/23/2005.

| Type Of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1998 | $89,204.05 |
| 1040 | 12/31/1999 | $90,518.31 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed Form 12153, *Request for a Collection Due Process Hearing,* and mail it to:

Internal Revenue Service
Ron W Robinson
300 Country Club Rd - Suite 260

Eugene, OR 97401-2299

You must request your hearing by 10/26/2005.

We'll issue a Certificate of Release of Notice of Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

\*\*\*IMPORTANT NOTICE\*\*\*
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

*EXHIBIT A 1 of 6*

**Page 1 of 2**

**Letter 3172 (DO) (Rev. 11-2004)**
Catalog Number 26767I

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely yours,

Ron W Robinson
Revenue Officer

Enclosures:
Publication 1, *Your Rights as a Taxpayer*
Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeals Rights*
Form 668(Y), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

*EXHIBIT A 2 of 6*

Letter 3172 (DO) (Rev. 11-2004)
Catalog Number 26767I