# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

John Burton,
Paula Burton

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05-cv-2121(RMU)

ADDENDUM TO COMPLAINT N° 4

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

    Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

    Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

RECEIVED
MAY 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider [1].

Dated   5-24  , 2006

_____
John Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

_____
Paula Burton
220 Green Leaf Dr.
Eagle Point, OR 97524

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated   5-24  , 2006

_____
John Burton

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

John Burton v. United States.          page 2 of 2 pages          Addendum to Complaint

**THE FOLLOWING ___1___ PAGES ARE ATTACHED TO THE ADDENDUM TO COMPLAINT NUMBER ___4___**

| | Department of the Treasury – Internal Revenue Service | |
|---|---|---|
| (Rev. Jan. 2003) | **Notice of Levy** | |

**DATE:** May 02, 2006

**REPLY TO:** Internal Revenue Service
Ron W Robinson
300 Country Club Rd – Suite 260
Eugene, OR 97401-2299

**TELEPHONE NUMBER OF IRS OFFICE:** 541-465-6465 ext 251

**TO:** Umpqua Bank
Levy/Garnishment Dept
PO Box 1820
Roseburg, OR 97470

**NAME AND ADDRESS OF TAXPAYER:**
High Mountain Services
Nominee/Alter Ego of John Burton
220 Green Leaf Dr
Eagle Point, OR 97524-9717

**IDENTIFYING NUMBER(S):** 20-1038842
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

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | $39,604.20 | $23,025.51 | $62,629.71 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT ⇒

**Total Amount Due** $62,629.71

We figured the interest and late payment penalty to **5/31/2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ Ron W Robinson | Revenue Officer |

Part 4 – For Taxpayer    Catalog No. 15704T    www.irs.gov    Form **668-A(ICS)** (Rev. 1-2003)

Case 1:05-cv-02121-RMU    Document 15    Filed 05/26/2006    Page 5 of 5