LET THIS BE FILED
DATE: 7/26/06
JUDGE RICARDO M. URBINA

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John Burton
Paula Burton
               Plaintiff(s),

Case No.
1:05-cv-2121(RMU)

v.

REQUEST FOR ENTRY OF DEFAULT

United States
               Defendant.

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney the summons and complaint on November 28, 2005

4. The record shows that the court ordered defendants plead or otherwise defend on or before January 27, 2006.

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6. The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before January 27, 2006[1].

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to obey a lawful order of this Court by failing to plead or otherwise defend on or before January 27, 2006, plaintiffs are entitled to entry of default forthwith against defendant

---

[1] The record shows entries by defendant as docket ## 4, 5, 6, 8, 12 all untimely filed by defendant. These filings being filed after the defendant failed to obey a lawful order of the Court should be stricken and/or ignored. Plaintiff s are entitled to entry of default as a matter of law.

as a matter of law.

Dated 7-12, 2006

_____
John Burton

_____
Paula Burton