# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John Burton
Paula Burton
          Plaintiff(s),

Case No. 1:05-cv-2121(RMU)

ORDER

v.

United States
          Defendant.

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                                                                  United States District Judge