UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JOHN BURTON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2121 (RMU) |
| | : | | |
| v. | : | Document No.: | 5 |
| | : | | |
| UNITED STATES | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

**GRANTING THE DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 24th day of August, 2006,

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
